Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOMESTREET BANK, <br><br> Plaintiff/Appellee, <br><br> v. <br><br> JED SANTIAGO and KIMBERLY SANTIAGO, <br><br> Defendants/Appellants. | No. 14-00031-RAJ <br><br> USBC Adv. 12-01846 <br> Internal Appeal No. 13-1603 <br> BAP No. 13-1603 <br><br> ORDER GRANTING MOTION TO SUPPLEMENT THE DESIGNATION OF RECORD ON APPEAL |

This matter came before the Court upon the unopposed motion of Defendants/Appellants to Supplement the Designation Record under Bankruptcy Rule 8011. The court GRANTS the motion. Dkt. # 9. The Trial Transcript, as defined in the Motion, shall be included in the record on appeal.

DONE IN OPEN COURT this 28th day of March, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER GRANTING MOTION TO SUPPLEMENT THE
DESIGNATION OF RECORD ON APPEAL
(14-00031-RAJ) - 1

**KELLER ROHRBACK L.L.P.**

1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384